COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Akhil Patel

Appellate case number:   01-13-00927-CV

Trial court case number:  2013-18445

Trial court:             125th District Court of Harris County

On October 28, 2013, Relator Akhil Patel filed a Motion to Stay in conjunction with the filing of his original petition for writ of mandamus. The motion is **DENIED**.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
      X Acting individually   ☐ Acting for the Court

Date: October 29, 2013